GERARD FOX LAW, P.C.
Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Morgan E. Pietz (SBN 260629)
mpietz@gerardfoxlaw.com
Andrea Contreras (SBN 283050)
acontreras@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone:  (310) 441-0500
Facsimile:   (310) 441-4447

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODE MEDIA CORPORATION, f/k/a GLAM MEDIA, a Delaware corporation;<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOE 1, as registrant of the GLAMSCOOP.ORG domain name; and JOHN DOES 2-10;<br><br>        Defendants. | Case No.:    3:16-cv-00244<br><br>**MODE MEDIA'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Mode Media Corporation | Plaintiff, a privately held corporation |
| The persons and entities listed in <u>Exhibit A</u> hereto | Shareholders with financial interest in plaintiff Mode Media Corporation |

Respectfully Submitted,            GERARD FOX LAW, P.C.

DATED: January 14, 2016            BY:   /s/ Morgan E. Pietz

Morgan E. Pietz
*Attorneys for Plaintiff MODE MEDIA CORP. f/k/a GLAM MEDIA*