**EXHIBIT A**

| Stock Owner | |
|---|---|
| 10^100 2004 KG Revocable Trust | Antrim, Joseph |
| Abney, Lauren | Appelbaum, Jennifer Salant |
| Accel Investors 2005 L.L.C. | Aquino, Jonathan |
| Accel IX L.P. | Armstrong, Ashley |
| Accel IX Strategic Partners L.P. | Armstrong, James |
| Acosta, Noelle | Arora, Gagan Sal |
| Adair, Michael | Arora, Manorma Rani |
| Adami, Nicole | Arora, Samir |
| Adams Street 2007 Direct Fund, L.P. | Artingstall, Matthew |
| Adams Street 2008 Direct Fund, L.P. | AT&T Union Welfare Benefit Trust |
| Adams, Chris | Athena von Oech |
| Adams, Patrick Omni | Atsuko Ebihara |
| Adamski, Kimberlee | Attwells, Malcolm |
| Adeboye, Caroline | Austin, Aric |
| AdWest, | Ayral, Johanna |
| aeris CAPITAL Archer L.P. | Azzopardi, Alexandre |
| Ahearn, Robert | Babas, Patricia |
| Akiba, Yusuke | Bailey, Alex |
| Akira Futakuchi | Bailey, Alexander |
| Albanese, Garrett | Baker, Lauren |
| Alexei Rodriguez | Baker, Thomas |
| Ali, Quratulain | Balallo, Julie-Ann |
| Allcock, Thom | Balducci, Ryan |
| Allen & Company LLC | Bardwick, Peter |
| Allison Braham | Barth, Lauren |
| Alpert, Amanda | Barza, Barbara |
| Alsop Louie Capital, LP | Bassett, Peter |
| Altbach, Zara | Bathurst, Joanne |
| Alvarado, Julieta | Bauer, Cira |
| Amanda McArthur | Bauer, Michael |
| Amann, Shannon C | Baum, Miriam |
| Ameur Moussa, Katia | Baupost Private Investments A-2, L.L.C. |
| Amidspeed & Co., as Nominee | Baupost Private Investments B-2, L.L.C. |
| Amoroso, Jacqueline Jackie | Baupost Private Investments BVI-2, L.L.C. |
| Amy Obana | Baupost Private Investments BVII-2, L.L.C. |
| An, Sophia | Baupost Private Investments BVIII-2, L.L.C. |
| Ancher, Benjamin | Baupost Private Investments BVIV-2, L.L.C. |
| Andrade-Garcia, Federico | Baupost Private Investments C-2,L.L.C. |
| Andrea Bruns | Baupost Private Investments H-2, L.L.C. |
| Andreessen, Marc | Baupost Private Investments P-2, L.L.C. |
| Andrey Sukhachev | Baupost Private Investments Y-2, L.L.C. |
| Andy S. Fong | Bayer, Norbert |
| Andy Shore | Baynes, Ryan |
| Angermuller, Karin | Bazin, Claire |
| Anne Driscoll | Beasley, Mary Anne |
| Anselm Hook | Beatbox Giant Productions, LLC |
| Anthony, Christopher | Bednorz, Rafael |
| Antle, Bridget | Bellamy, Lorna |
| Antoine Verglas, Inc. | Ben Horowitz |
| | Ben Nessib, Mohamed Hamou |

Beresford, Bryan
Berg, Kristie
Berger, Rachel
Berry, Steven
Bettsteller, Kenneth
Beyer, Tom
Beza, Carlo
Bhatia, Mayur
Biderman, Shira
Biegel, Stephanie
Bilissis, Adoniea
Bill Lyons
Bird, Debbie
Bisharat, Virginia
Black, Danielle
Boettge, Lisa
Bogen, Sarah
Bogle, Brett
Bogle, Rebecca
Bogle, Rebecca Arora
Bohmler, Timo
Bolter, Justin
Bonnett, Deborah Ashley
Bonowsky, Christoph
Bonowsky, Ina
Booth & Co. FBO Fidelity Summer Street Trust: Fidelity Export and Multinational Fund
Boras, Theresa
Boubouli, Ritchie
Bousquet, Julie
Bow, Jennifer Jenn
Bowermaster, Ryan
Bowman, Chad
Boxer, Mark
Brady, Roxanne
Braham, Allison M
Brandon McFadden
Brandt, Jerome
Brandt, Stephanie
Bravo, Tiara
Brent Vincent
Brewer, Chris
Brian McCallister
Bridge & Co., as Nominee
Bridge Advisors, LLC
Broad, Natalie
Brooke Hammerling
Brooks, Karen
Brossier, Stephane
Brown, Gregory E.
Bruns, Andrea

Buarque de Macedo, Jacqueline
Buba, Thomas
Buchanan, Emilia
Buck, Sharon
Buckley, James
Bucknor, Tanya
Bui, Michael
Bull, Amanda
Burda GmbH
Burman, Allison
Burns, Brooke
Burns, Jeannette
Burschik, Anna
Buschel, Lane
Bush, Rebecca
Byrne, Kristian
Byron Salzman, Jill A
Cabrera, Benoni
Cafasso, Gina
Cagen, Alexandra
Cagen, Alexandra Sasha
Calhoun, Jim
Camelot Communications Ltd.
Cammarata, Anthony Gus
Campbell, Jessica
Campi, Charles
Campus, Jenn
Campus, Roberto
Candace Droz
Canon, Maggie
Cappello, Natalie
Carbone, Elizabeth Liz
Carr, Jeremy
Carr, Nigel
Carty, Eileen
Casis, Mariela
Castorena, Jai
Cavanagh, Kathleen Joy
CBS Corporation
Cece - Williams, Christina J
Cercado, Manuel Flores
Cernek, Susan
Certain, Geoffrey Jeff
Chan, Christine W
Chan, Fulbert
Chan, Jeannie
Chana, Sunpreet
Chang, Timothy Scott
Chao, Paul
Chauhan, Nisha

Chelbayev, Artyom
Chen, Heesun
Chen, Ming-Wan Sylvia
Chen, Wen Wen
Cheng, Calvin
Chernoff, Katrina
Chetta Crowley
Childress, Katherine
Choi, Monica
Christie, Kevin
Christine W. Chan
Christopher R. Anthony
Chronis, Cara
Cicogna, Ernie
Cissy Jones
Clare Dunnett
Clark, Christine
Clarke, Simeon
Clavell, Lauren
Clear Sailing Group IV, LLC
Clegg, Nathan
Clements, Jaimee
Clements, Lauren
Clissen, Ben
Clutter, David V.
Cohen, Anastasia
Cohen, Elyssa
Coleman, Crystal
Colwell, Blake
Colyer, Louise
Combs, Tashina
Comfort, Steven
Compton, Lisa
Conneely, Danica
Constable, Chris
Corabel Silerio
Cornies, Andrew
Corselli - Felisan, Leah
Costello, Emily
Courtenay Stewart
Cox, Douglas
Crehalet, Antoine
Croncota, Stephen
Croton Partners, LLC
Croutch, Marie
Crowder-Sklar, David
Cruickshank, Nancy
Cump, Kenwood Kenny
Curry, Jessica
Cussen, Cristian

Cutler, Shoshannah
Cymberg, Joel Adam
Czaja, Denise A
Czerny, Stephanie
Czobel, Jennifer
DAG Ventures GP Fund II, LLC
DAG Ventures II, L.P.
DAG Ventures II-QP, L.P.
Daley, Rachel
Dalhofer, Katja
D'Amico, Denise
Dana Settle
Daniel Copeland
Daniel H. Rimer
Danziger, Karen
Daute, Nicole
David Crowder-Sklar
David Fortunato
David Moore
David Sklar
David Walters
Davis, Megan
Davis, Tanya
Davuluri, Sailesh
De Las Salas, Angelica
De Maio, Christine
DeGraw, Lauren
Deihl, Carol
Delabarre, Arnaud
Delapena, Jane
Dena Babella-McHenry
Derek Zabbia
Dermot M. Gately
Derrick Or
Desarnauts, Bernard
Desarnauts, Francesca Teresa
Detsis, Kristen Kristen
Devin Sevilla
Dexter-Jones, Ann
Dhingra, Nikhil
Diaz, Monica
Diego Doval
DiFranco, Deneen
Dillon, Meredith T
Dimitrova, Irena
Disner, Erica Wheatley
Djavadian, Reza
Dogma Partners LLC
Dolce, John Jake
Donald Walters

Dossett, Steven
Dozois, Antoine
Drach, Steve
Draper Associates, L.P.
Draper Fisher Jurvetson Fund VII, L.P.
Draper Fisher Jurvetson Partners VII, LLC
Dreyer, Joerg
Driscoll, Anne
Droz, Candace
Duan, Chenggang
Dudziak, Thomas
Dudzinskaya, Alena
Duey, Christine Karola
Dunnett, Clare
Duong, Lilan
DuPont, Nicolas
Dustin, Erin E
Dyson, Esther
Earles, Jill
Ebeling, Olivia
Ebihara (Kimura), Atsuko
Ecker, Brian
Edwards, Chris
Edwards, Karen
Edwards, Kristie
Effren, Gary R
Ejiasi, Answer Answer
Elizabeth Bastiaanse
Elliott, Annie
Elliott, Kristen
Elstermann, Sven
Emily L. Geremia
Enrique, Rupal
Eric R. Meeks
Erik Hagerman
Esa Ahola
Escobosa, Marc
Escourru, Thomas
Escudero, Glenn
Evan Goldin
Evans, Christine
Evans, Fiona
Evensen, Bonni
Everhart, Karlie
Fabricio Zuardi
Fairwell, Melissa
Falvo II, Samuel
Fang, Shelly
Farmer, Anne
Feldman, Gena

Ferrer, Joellen
Fields, Brian
Fields, Jennifer
Fink, Lynn
Finnegan, Kelly
Fishwick, Alexander
Fisse, Cynthia
Fitzhenry, Erin
Flores, Angela
Floyd, Heather Sebaugh
Fong, Andy
Fontenot, Paula
Ford, Kyle
Fortier, Sara
Fotinos, Katherine
Francis, Eric
Frankenfield, Lindsey
Franks, Anthony
Freeman, Emily
Freyburger, Andreas
Frischer, Janae
Fritz, Jurgen
Fruchter, Sydnie
Fuchs, Peter
Fulena, Jessica
Fulgencio, Vanessa
Fuller, Joanna
Funk, Christiane
Fuss, Ryan
Futakuchi, Akira
Gaglio, Maria
Galen, Doug
Galindo, Christian
Gallatsch, Johannes
Galle, Susanne
Galyean, Timothy Tim
Gamzon (Mitrani), Lauren M
Garcia, Andrea
Garcia, Gabriel
Garrone, Brendan
Gassert, Alison Kennedy
Gatzschmann, Veronica
Gazard, Stephen
Gemoll, Gary
Gerardo Lopez-Fernando
Geremia, Emily L
Gershel, Jamie
Gewing-Mullins, Dianna
Gibbs, Dustin
Gill, Rajeev

| | |
|---|---|
| Gilmore, Brandon | Hebert, Kerry |
| Gina Bianchini | Heine, Christian |
| Ginns, Dan | Heirloom & Co., as Nominee |
| Giron, Alisson | Held, Sharon |
| Gleit, Matthew A | Henderson, Alyea |
| GLG NORTH AMERICAN OPPORTUNITY (SPECIAL ASSETS) FUND | Henning, Schmiedehausen |
| Gold, Jonathan | Herbst, Colin |
| Goldin, Evan | Hildebrant, Kurt |
| Goldman, Jenna | Hill, Michael |
| Goldman, Jessica | Hirshberg, Peter |
| Gooberman, Keith | Hirt, Ralf |
| Gordon, Victoria | Ho, Andrew |
| Goshit, Timan | Hodge, Erika |
| Gossman, Alyson Aly | Hong, Kevin |
| Gotcher, Lia R | Hoosain, Yusuf |
| Graham, Avril | Hopkinson, Amy |
| Granade, Francois | Horace, Richard Rich |
| Green, Rashania | Horn Group, Inc. |
| Greene, Gael | Horvath, Andrew |
| Gregory Nitschke | Houdyshell, Derek R R |
| Greycroft Partners, L.P. | Hsu, Carolyn |
| Griffith, Katherine | Huang-Disimone, Twyla Janet |
| Grunwaldt, Sebastian | Hudson, Geovanni |
| Gulec, Narin | Hudson, Laurie |
| Guthrie, Kevin | Huff, Paul |
| Gutierrez, Monique | Hughes, Lauren |
| Haas, Janett | Hull, Jonathan |
| Hacker, Caroline | Huskins |
| Hafizi, Azar | Huskins, Michael |
| Hain, Theresia | Hutchinson, Perri |
| Hallinan, Brett | Huy Hong |
| Halprin, Matthew | Huynh, Janet |
| Ham, Sheri | Ilika, Aaron |
| Hamel, Susan | Inaba, Hiroaki |
| Hampton, Ioana Paula | India J. Jackson |
| Hanke, Florian | Indukuri, Jyoshna |
| Harris, Se'Nita | Information Capital, LLC |
| Harrison, Dominic | InSearch Consultants, Inc. |
| Harrison, Louise | InSearch Management Consultants, Inc. |
| Harry, Todd | Inutsuka, Yoji |
| Hartlaub, Jon | Iraheta, Kenia |
| Haslach, Meryl | Irwin (Reyna), Mary Melissa |
| Hatch, Rachel | Ishihara, Toshiaki |
| Hawney, Naomi | Iyengar, Pramod |
| Hayashi, Sandy | JABE, LLC |
| Haynie, Christopher Chris | Jacinto Parungao, Aileen |
| Hays, Margo | Jacinto, Aileen P P |
| Hazem, Zinat | Jackson, Ebony Ladelle |
| Healy, Lindsey | Jackson, India J J |
| Heath, Adam | Jackson, Sherita |

| | |
|---|---|
| Jacobs, Joshua Josh | Kaner, Joan |
| Jacobson, Adam | Kanwal S. Rekhi and Ann H. Rekhi as trustees of the Rekhi Family Trust |
| Jacquemond, Elodie | Kaplan, Lauren |
| Jaffe, Bruce | Kare, Susan |
| Jain, Ramesh | Karl, Sarah |
| Jamal Ghaus | Kasahara, Chigaya |
| James Armstrong | Katagiri, Yukie |
| James L. Barksdale | Katherine R. Sherwood |
| James N. Calhoun | Kathleen Stenson |
| James Sharman | Kauders, Jonathan |
| James Squires | Kavovit, Caryn |
| Jankowski, Jeremy | Kaye, Morgan |
| Jarvis, Jeff | Kazankov, Danil |
| Jason Venner | Keating Capital, Inc. |
| Jay Parikh | Kellerman, Alexandra |
| Jay Tannenbaum | Kellogg, Juliet |
| Jenkins, Rhiain | Kelly McCormack |
| Jennifer Morris | Ken Goldman |
| Jennifer Murphy | Kenneth E. Meyers |
| Jermaine Revita | Kenwood Kenny Cump |
| Jessica Tran | Kernan, Sharon |
| Jew, Diana | Khanna, Bindiya |
| Jiang, Mingsen | Kikuchi, Kousuke |
| Jill Nissen | Killen, James |
| Jim, Calhoun | Kim, Bianca |
| Jin, Fred | Kim, Janet |
| Jin, Izumi | Kim, Ji (Krisy) |
| Job, Emmanuel | Kim, Mira |
| Johanson, William | Kim, Seungyeon |
| John, Binu | Kimel, Sara |
| Johnson, Courtney | Kimura, Yukiko |
| Johnson, Sarah | King (Doty), Kari |
| Johnston, Allison C. | Kinghorn, Scott |
| Jones, Charlotte | Kliner, Amy |
| Jones, Christopher | Kloninger, John Sef |
| Jones, Dan | Klotz, Dean |
| Jones, Stacey | Klug, Michelle |
| Joseph, Pauline | Knapp, Amylynn |
| Josh Hannah | Knappen, Nathan |
| JP Morgan Trust Company, N.A. and Marc Andreessen as Trustees of the Andreessen 1996 Living Trust | Knoller, India |
| Juan, Melissa | Koga, Yukari |
| JumboShrimp | Koh, Aun |
| Kaber, Rachel | Koller, Craig |
| Kalin, Alan | Koller, Craig |
| Kallenowsky, Christiane | Koller, Edward, Jr. |
| Kalra, Nitin | Kondo, Dean |
| Kamboj, Shelly | Kong, Christina |
| Kamraj, Neeraj | Konopatzki, Hanna |
| Kancler, Kristen | Koonce, Ryan |
| Kaner, Joan | Kopp, Amy |

| | |
|---|---|
| Korobko, Kateryna | Lerner, Renata |
| Koshida, Mai | Levene, Catherine |
| Kossak, Lauren | Levieux, Jean Pierre |
| Kossak, Lauren Michele | Li, Annie |
| Kouta, Emi | Li, Sili |
| Koyama, Kundo | Li, Yun |
| KPG Venture Partners, LP | Lightspeed Venture Partners VIII, L.P. |
| Kraffmuller, Isabelle | Lili Wu |
| Kreitmayr, Claudia | Linzer, Melissa |
| Kremeshnyi, Viacheslav | Litwak, Allison |
| Kristie Edwards | Lobrano, Alexander |
| Kubiak, Kenneth | Lockhart, Chaka |
| Kudzia, Heather | Lockhart, Jennifer |
| Kumar, Praveen | Lodge, Steven |
| Kumar, Rithika U | Loeffler, William Paul |
| Kurian, Thomas | Lombardo, Todd |
| Kutuyev, Konstantin | Loni Lee |
| Kwok Tung Law | Lopez Fernandez, Gerardo |
| Kyle Ford | Loring, Jane |
| Labat, Camille | Lortie, Marie-Claude |
| LaForce, James | Loscher, Karina |
| Lagani, Daniel | Lu, Henry C |
| Lagani, Donna | Lu, Wan-Lin |
| Lagani, Joseph A | Lundy, Kelsey |
| Lal, Manisha | Lyman Family Trust, U.D.T. dated January 13, 2003 |
| Lam (Tran), Kelly Muoi | M Gardner & Co. FBO Fidelity Mt. Vernon Street Trust: Fidelity New |
| Lam, Chi Kin | Ma, Erica |
| Lam, Connie | Mac & Co., as Nominee |
| Lamontagne, Jillian | MacArthur, Jennifer |
| Langgartner, Marie | Maccarone, Kelly |
| Lapham, Kimberly | MacKenzie Cooper |
| Laraia, Jennifer M M | Macklin, Rodd |
| Larsen, Steven | MacMaster, Julie |
| Laura Arrillaga | Maddaloni, Jamie |
| Laura Gluhanich | Mag & Co. FBO Fidelity Contrafund: Fidelity Advisor New Insights F |
| Lauren E Barth | Mag & Co. FBO Fidelity Contrafund: Fidelity Contrafund |
| Lauren M. Gamzon | Magee, Hannah |
| Lavelle, Jennifer | Mahadevan, Mridula |
| Lazar, William Bill | Mairena, Rosanna |
| Leahy, Alison | Mairena, Rosanna Rosie |
| Lecointre, Benjamin | Maisel, Amy |
| Lee, Christina | Malanog, Lindsay |
| Lee, Jaehoon | Malhotra, Sumit |
| Lee, Raymond Ray | Mallett, Joni |
| Lee, Seunghyun | Mallis, Fern |
| Leesa Yim | Mallis, Fern |
| LeFurgy, Rich | Malott, Alexa |
| Legg Mason Opportunity Trust, a series of Legg Mason Investment Trust, Inc. | Maltais, Valerie |
| Lenkert, Erika | Mancasola, Colby |
| Leow, Mian | Manchanda, Supreet |

| | |
|---|---|
| Mann, Christopher | Mendes, Jennifer |
| Manorma Rani Arora | Merchant, Liana |
| Manuel Hernandez | Meyer, Pierre |
| Marisa Wallwork | Meyers, Andy |
| Marke, Karin | Meyers, Lisa |
| Marke, Karin M | Meyers, Michael |
| Markel, Michael | Meza, Victor |
| Markwood, Jessica | Michael Huskins |
| Marnie O'Donnell | Michael J. Homer Trust |
| Martin Traverso | Michael Ovitz |
| Martinez, David | Michael Rowehl |
| Martirossian, Karina | Michael Tria |
| Martorana, Elena Maria | Mickelwait, Ashley |
| Matesich, Dana | Middleton, Kai |
| Matsushita, Minako | Millennium Technology Value Partners II, L.P. |
| Matthew A. Gleit | Millennium Technology Value Partners II-A, L.P. |
| Matthew Imbach | Miller, Andrea |
| Matthysse, Sonya | Miller, Devyn |
| Matts, Erin | Miller, Meghan L |
| Mauceri, Rita | Mishina, Keizo |
| Mavian, Cydney | Missire, Kati |
| Mayer, Anthony | Mitchell, Nealeigh |
| Mayesh, Stacey | Mitchell, Wayne |
| Mayrhofer, Claudia | Mizuho Capital No. 3 Limited Partnership |
| Mazen Qaqundah | Mohan Gummalam |
| Mazeron, Olivier | Mohn, Jarl |
| Mazzoni, Wendy A | Moraes, Stephanie |
| McAdams, Mary Lizzie | Morales, Janice |
| McAllister, Chloe | Morantes, Garnor |
| McAllister, Don | Morgan Stanley Institutional Fund, Inc. Small Company Growth Portfo |
| McAllister, Shaun | Morgan Stanley Investment Management  Small Company Growth Tru |
| McArthur, Amanda | Morgan, Asten |
| McCallister, Brian | Mori, Shigeki |
| McCluskey, Phil | Morozov, Sergey |
| McConnell, Robert | Morris, Jennifer |
| McCormack, Kelly | Mughal, Shakeel |
| McCoy, Tracey | Muktha, Saritha |
| McCoy, Tracey Harrington | Muldoon, Sabrina |
| McCully, Martha | Muller, Anika |
| McDonald, John | Mullins, Dianna |
| McFadden, Brandon | Mullins, Jaclyn |
| McGovern, Dana | Muma, Lori |
| McKinnon, Lauren | Murphy, Christopher |
| McLean, Jennifer | Murphy, Elizabeth Eliza Murphy |
| McMillan, Aya | Murphy, Kara |
| McNinch, Danni | Murray, Courtney |
| Mee, Patrick | Myers, Robbie |
| Meghan L Miller | Nair, Prakash |
| Mehta, Archana | Naito, Takahasi |
| Mena, Kathryn | Nana Wilberforce |

| | |
|---|---|
| Nancy Chacko | Patel, Priya |
| Naoko, Osada | Patterson, Abbe |
| Narayan, Raj | Patterson, Keeley |
| Naretto, Emily | Paul Lloyd |
| Nasir, Syarizan | Paul, Amita |
| Nationwide Variable Insurance Trust - NVIT Multi-Manager Small Company Fund | Paul Sam |
| Nazneen (Ivy) Rashid | Pearl, Frank |
| Nelson, Tamara | Pearson, Phillip |
| Nethercott, Ann | Pecqueur, Alex |
| Ng, Alex | Pellegrino, Cindy |
| Ngo, Vy Vy Ngo | Pereira, Romulus |
| Nguyen, Binh | Perry, William Tanner |
| Nguyen, Ophelie | Petasnick, Laura |
| Nguyen, Phong | Peter L. S. Curie |
| Nguyen, Shali Myhanh | Peter Slutsky |
| Nguyen-Trong, Bao-Long | Peterschmidt Ventures LLC |
| Nicholas, Alex | Peters-Reuters, Ramona |
| Nick Barr | Phipps (Gosh), Hannah |
| Nicodermus, Amanda | Phlora, Pavan |
| Nielsen, Judah | Piltch, Stuart |
| Nola Weinstein | Pindar, Victoria |
| Nomura, Takuro | Pine, Lynnmarie Marie |
| Norman, Rob | Plowman, Benjamin |
| Oblander, Rebecca | Poch, Dana |
| Ochs, Meaghan | Pombo, Avelino |
| O'Donnell, Marnie | Ponce De Leon, Manuel |
| Ohadi, Saied | Poole, Julia |
| Ohta, Sam | PopularMedia, LLC |
| Oli, Mohammed | Portale, Carl |
| Oliveri, Santino | Portale, Giancarlo |
| Ollis, Katherine | Posterli, Bianca |
| Olow, Anne Griffith | Postlewaite, Kevin |
| Om Prakash Sharma | Proctor, Frank |
| Onaga, Sam | Protzman, Corey |
| Oneda, Aya | Puljiz, Andrea |
| O'Neill, Natasha | Pyle, Alexandra |
| Oram, Joanna | Quaresma, John |
| Orozco, Rafael | Queior, Jordan |
| Ortlieb, Bernhard | Raabe, Nadja |
| Otten, Luciana | Rabus, Andreas |
| Ovitz, Chris | Rachel Masters |
| Pacheco, Mayra Lissette | Rajapalaniappan, Sujatha |
| Pactiv Corporation General Employees Benefit Trust | Ramesh Jain |
| Panic, Marc | Ramirez, Cristina |
| Papaz, Elsa | Ramirez, Daniel |
| Parekh, Reena | Ramona Peters |
| Park Barratt, Cherry | Rand, Jason |
| Park, Cindy S | Rashid, Nazneen Ivy |
| Park, Jenny | Rasor, Mia |
| Park, Yoo Jeong | Ratay, Ryan |

Ratto, Elizabeth
Rebecca Poeta [former name: Rebecca Samuels]
Recht, Stephen
Reduto, Gina A.
Regan, Jamie
Rego, Marlene
Reh, Rudiger
Rehmenklau, Kathrin
Reichart, Marcel
Reichl, Ruth
Reid Hoffman and Michelle Yee, Trustees of The Reid Hoffman and Michelle Yee Living Trust dated October 27, 2009
Reid, Ebony A
Reil, Tomislav
Reinert, Jessica
Reinert, Jessica E
Remek, Niki
Rempel, Katherine
Renuka Kodiyalam
Renz, Megan
Revita, Jermaine
Rex, Taryn
Reynolds, Tamera
Reyntjes, Menno Bjorn
Rhau, Benjamin
Ricciardi, Stephanie
Rice, Elizabeth
Richardson, Paul
Riddle, Anna
Riedel, Lisa
Ritchie Boubouli
Rivers, Teresa
Roberson, Jill
Robert Claire
Robert E. Marx
Robert Ghoorah
Robert Israel
Robinovitz, Karen
Robinson, Angel Lenise
Rocca, Richard
Rodrique, Jean
Rogers, Gregory
Rohda, Elizabeth
Rohmeier, Nicole
Romano, Federico
Romulus Pereira
Ronald & Gayle Conway as Trustees of the Conway Family Trust, Dtd. 9/25/96
Ronald S. Gimple and Bonita R. Gimple, as Trustees for Ronald S. Gimple and Bonita R. Gimple Trust Agreement Dated December 14, 2006
Rose, Susan
Rosenberg, Shannon
Rosenberger, Julie
Rosenthal, Jason
Roslansky, Ryan
Rossow, Molly A
Roston, Adam Adam
Roston, Elliot
Rotolo, Jack R R
Rowe, Sam
Ruano, Angelica
Ruarte, Adolfo Cesar
Ruarte, Fernando
Rubenstein, Cate
Rubio, Bryce
Ruiz, Richelle
Ryan Ratay
Ryder, Christine
Ryken, Michael
Sabiti-Macrae, Henry
Saccaro, Gina
Sachdeva, Pooja
Sadique, Sharif
Sage Bray
Saini, Navdeep S
Sakai, Chiemi
Sakai, Rie
Sakata, Shuko
Sakata, Yukiko
Salamirad, Jody B B
Saloranta, Tatu
Saltzman, David
Sam Onaga
Samana Capital, L.P.
Samra, Ashumeet Singh
Samuels - Poeta, Rebecca
Samuelson, Jemma
Sanaie, Siamack
Sanchez, Caitlyn
Sanford, Svai
Sanghvi, Vir
Santos Palmer, Damaris
Santos, Barbara
Sargent, Nicole
Sasville, Brian
Satake, Hirona
Sato, Takuya Kuroda
Savaliya, Brijesh
Sawhney, Rohit
Scalero, Leonard
Schiller, Scott
Schlein, Phil

| | |
|---|---|
| Schmidt, Katie | Sinclair, Michael |
| Schmidt, Ulrich | Sinclair, Zachary |
| Schmutz, Lesli L | Sinteppadon, Khulpatr Golf |
| Schneider (Gladys), Rani | Sison, Dustin |
| Schneider, Andrea | Sittampalam, Josephine |
| Schneider, Christopher | Siu, Sabrina |
| Scholz, Stefanie | Skaf, Mayssa |
| Schrager, Peter | Slomowitz, Samantha |
| Schram, Arthur | Smith, Charlotte |
| Schroll, Julian | Smith, Kia |
| Schuller, Dagmar | Smolan, Rick |
| Schulte, Matthew | Sobiesuo, Caroline |
| Schultz, Deborah | Socha, Ken |
| Schumacher, Linda | Soethof, Fabian |
| Schwarts, Anath | SoftTech VC II, LP |
| Scott Takushi | Sogomonov, Ken |
| Scott, Lesley | Sohu, Maverick |
| Scully, Megan | Sommet, Isabelle |
| Sean Mulholland | Sondon-James, Elizabeth |
| Seeger, Nadine | Sottile, Steven |
| Seeley, Jeanne | Souzis, Adam |
| Senbanjo, Lara | Spangler, Peter |
| Senga, Yoshihisa | Spiehs, Kevin |
| Severance, Jessica | Spiehs, Kevin M |
| Sevilla, Devin | Spiering, Simone |
| Sexton, Andrea | Spitz, Carine |
| Shabazz, Haniyyah | Srour, Aicha |
| Shah, Meera | Stanford, D. Craig |
| Sharma, Om Prakash | Stanley, Bridget |
| Sharma, Yogesh | Starcom MediaVest Group, Inc., d/b/a Denuo |
| Sharman, James | Steinberg, Erin |
| Shawn Gruver | Stenson, Kathleen |
| Shepperd, Allyson | Stenson, Kathleen Katy |
| Sherwood, Katherine R. | Stephanie Ricciardi |
| Shi, Yi | Stern, Anna |
| Shimizu, Tatsuya | Stern, Ryan |
| Shirahata, Harumi | Steven Dossett |
| Shrier, Kim | Steven P. Vassallo |
| Shriver, Maria | Stevens, Leslie |
| Shumate, Scott | Stewart, Stevie |
| Siddiqi, Ahmad Ferhad | Stippa, Ariane |
| Sidgwick, Lisa | Stockinger, Penelope |
| SIGLER & CO, C/O JP MORGAN CHASE BANK (solely for the purposes of the Escrow Agreement and the benefit of the parties to whom this certificate to be released thereunder) | Stone, Lisa |
| SIGLER & CO, C/O JP MORGAN CHASE BANK (solely for the purposes of the Escrow Agreement and the benefit of the parties to whom this Nonnegotiable Subordinated Note is to be released thereunder | Strazhitskas, Matt |
| | Stryker, David |
| Silerio, Corabel | Stueve, Jonathan |
| Silverman, Lauren | Subramanian, Manimaran |
| Silverman, Nathaniel J | Suesz, Eric |
| Silverstein, Eric | Supreet Machanda |
| Simmons, Monica | Suzuki, Mai |

| | |
|---|---|
| Svecharny, Alex | Tzikas, Mari |
| Swanson, Richard | Uesu, Masato (Bud) |
| Swanson, Richard Scott | Unterman, Patricia |
| Swartz, Jaclyn | Urabe, Masakazu |
| Swid, Jill | Ushikoshi, Yuko |
| Sylvia, Marie | Utsuhara, Yukari |
| Tai, James | Valcho, Shaun |
| Taing, Becky | Van Cleve, Ellen |
| Takushi, Scott | Vanegas, Rodrigo |
| Tanaka, Susan Y | Varner, Molly A |
| Tanchon, Laura | Veras, Jennifer |
| Tancinco, Michael | Verjus, Bruno |
| Tannembaum, Jay | Vernier, Brian |
| Tapscott, Diane | Versey, Tenika |
| Tas, Robert | Vertigo Partners II, LLC |
| Taylor, Leanne | Vettel, Phil |
| Taylor, Rachel | Viadella, Cynthia |
| Tchetche, Ange | Vicenty, Valis |
| Tekle, Maia | Vinokourova, Anna |
| The Mohn Family Trust (Jarl Mohn) | Virmani, Vibha |
| The Salamirad Family Trust Dated July 31, 2005 | Viswanath, Sridatta |
| The Savage/Black Living Trust | Viteri, Chris |
| The Universal Institutional Funds, Inc. Small Company Growth Portfolio | von Eckartsberg, Daisy |
| Thomas Dies, Lauren | Vones, Markus |
| Thomas Dudziak | Wagenhals, Kerstin |
| Thomas Kurian | Wahrman, Anna |
| Thomas, Edward | Walcheck Integrity LP |
| Thomas, Teresa | WaldenVC II, L.P. |
| Thompson (Larson), Elizabeth J | Walsh, Jon |
| Thompson, Darren Anthony | Walsh, Pete |
| Thompson, Debra | Warchalowski, Alexis |
| Thornton, Tisha | Wasmund, Shaa |
| Tie, Monica | Waterman, Gina |
| Tim Craycroft | Webb, Peter |
| Tim Howes | Weinberger, Scott |
| Timis, Gabor | Weinstein, Nola B |
| Timothy Williamson | Weisberg, Laurie |
| Todd, Marisa | Wells Fargo & Company |
| Togari, Rie | Wells, Patricia |
| Toth, Michael | Welzel, Alexsandra |
| Tran, Jessica | Westhead, Martin |
| Tran, Muoi | Whitney, Elizabeth |
| Transamerica Small Company Growth Liquidating Trust | William R. Jelliffe |
| Treco, Keith | Williamson, Timothy |
| Treft, LeAnn | Wilmot, Paul |
| Trimble, John | Wilson, Hallie |
| Truong, Doan | Wilson, Shelley |
| Tsai, Florence | Wintner, Rachel |
| Tufino, David | Wong, Jen |
| Tung-Huy La | Wong, Jen |

Wong, Stanley
Wong, Vanessa
Wong, Wing
Wong, Winnie
Woods, Penny
Wriedt, Pamela
WS Investment Company, LLC
Wu, Jack
Wyman, Jennifer Jenn
Yamaguchi, Manabu
Yamamoto, Masuhiro
Yamamura, Yuki
Yamamura, Yukihiro
Yamazaki, Yoko
Yanagi, Ryoma
Yang, Hsin Lei Sheena
Yang, Jennifer L
Yee, Loni
Yeh, Hsin-Hong Simon
Yoshihisa Senga
Young, Audrey
Yuko Ushikoshi
Yuko, Miyamoto
Yunich, Joanne Jablow
Zachary J. Sinclair
Zamanian, Kiumarse
Zapata, Lara
Zarnosa, Anna
Zaud, Victor
Zaud, Victor Baruch
Zavagno, Sara
Zheng, Wendy
Zhu, Jenny
Zimmerman, Tami
Zornosa, Anna
Zung, Laura