UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODE MEDIA CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>JOHN DOE 1,<br><br>              Defendant. | Case No.  16-cv-00244-RS<br><br>**ORDER REGARDING CASE<br>MANAGEMENT CONFERENCE** |

To afford plaintiff the opportunity to file its anticipated motions, the case management conference set for May 12, 2016, is continued to July 21, 2016, at 11:00 a.m.  All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the conference to arrange their participation.

**IT IS SO ORDERED**.

Dated: May 10, 2016

_____
RICHARD SEEBORG
United States District Judge